IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No. 3:18-cr-00064**

**LANNY NEECE**

### SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM

Comes Lanny Neece, through his undersigned counsel, and submits the unpublished opinion *United States v. Wroblewski*, No. 18-4370 (4th Cir. dec. July 12, 2019) in further support of his objections to certain special and optional conditions of supervised release mentioned in his PSR.

Date: July 15, 2019    Respectfully submitted,

**LANNY NEECE**

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

<u>s/ Lex A. Coleman</u>
Lex A. Coleman, WV Bar No. 10484
Assistant Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia  25301
Telephone: (304) 347-3350
Facsimile:   (304) 347-3356
E-mail: lex_coleman@fd.org